(134 App. Div. 522.)

### STIEBEL et al. v. HAIGNEY et al.

(Supreme Court, Appellate Division, First Department. November 19, 1909.)

Appeal from Special Term, New York County.

Action by Samuel J. Stiebel and others, copartners doing business under the name of Stiebel, Hernsheim & Co., against John J. Haigney and others. From a judgment for plaintiffs, defendant John J. Haigney appeals. Affirmed.

Argued before INGRAHAM, LAUGHLIN, CLARKE, HOUGHTON, and SCOTT, JJ.

Seelman & Farley (Ernest P. Seelman, of counsel), for appellant.

Hand, Bonney & Jones (Francis L. Kohlman, of counsel), for respondents.

CLARKE, J. This case was tried at the same time as No. 3,889 (119 N. Y. Supp. 455), the opinion in which is handed down herewith; and for the reasons there stated, this judgment should be affirmed, with costs and disbursements. All concur.